IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CR-124 |
| ) | (JORDAN/GUYTON) |
| AMANDA HENRY, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court for disposition of the following motions filed by defendant Amanda Henry: Motion For Leave To File Further Motions [Doc. 46], Request For Disclosure Of Exculpatory Evidence [Doc. 47], Request For Notice Of Any Rule 404(b) Evidence [Doc. 48] and Motion For Disclosure Of Identity Of Persons Who Were Present Or Participated [Doc. 49].

The government has filed a consolidated response [Doc. 51] in opposition to the said motions.

The Court has filed an Order on Discovery And Scheduling [Doc. 16] which adequately addresses discovery in this case. The government has stated that it will comply with its obligations under that Order, Rule 16 of the Federal Rules of Criminal Procedure, and the applicable case law.

1

The defendant Amanda Henry's above listed Motions **[Docs. 46, 47, 48, and 49]** are not well-taken and, therefore, are **DENIED**. The Court does not grant blanket motions for leave to file further motions. If the defendant wishes to file further motions, the defendant shall request leave to do so at the time the motions are filed.

**IT IS SO ORDERED.**

ENTER:

　　　s/ H. Bruce Guyton　　　
United States Magistrate Judge