UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:05-CR-124 |
| | ) | (JORDAN/GUYTON) |
| AMANDA HENRY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before this Court on Defendant's Motion in Limine [Doc. 206].

On March 14, 2007, Defendant entered a plea agreement [Doc. 209] as to all charges in the indictment in this matter. Accordingly, Defendant's Motion in Limine [Doc. 206] is **DENIED as moot.**

**IT IS SO ORDERED.**

        **ENTER:**

                s/ H. Bruce Guyton
        United States Magistrate Judge